AO 450 (Rev. 5/85)  Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

RODNEY PETZAK,

                  Plaintiff,                JUDGMENT IN A CIVIL CASE

   V.

                                      CASE NUMBER: **3:06-cv-00343-ECR-VPC**

STATE OF NEVADA, ex rel., ITS
DEPARTMENT OF CORRECTIONS,
ALYS DOBEL, an individual,

                  Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED.

   _April 1, 2009_                         **LANCE S. WILSON**
                                            Clerk

                                 _/s/ Kalani Lizares_
                                    Deputy Clerk